**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| PRESQRIBER, LLC,<br><br>    Plaintiff,<br><br>       v.<br><br>NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC,<br><br>    Defendants. | C.A. No. 6:14-cv-458 |

## DEFENDANT NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT

Defendant NextGen Healthcare Information Systems, LLC ("NextGen") hereby files this Unopposed Motion to Extend the Deadline to Respond to Presqriber, LLC's Complaint.

On July 15, 2014, the clerk issued an order which extended the deadline for Defendant NextGen to respond to the Complaint to July 31, 2014. Defendant requests an additional fifteen (15) day extension until August 15, 2014 to file their responses to the Complaint. Counsel for Plaintiff Presqriber, LLC has agreed to this request.

DATED: July 29, 2014

                                              Respectfully submitted,

                                              /s/ Michael C. Newman
                                              Michael C. Newman
                                              MA Bar No. 667520
                                              MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                                 AND POPEO, P.C.
                                              One Financial Center
                                              Boston, MA 02111
                                              (617) 542-6000 Telephone
                                              (617) 542-2241 Facsimile
                                              mcnewman@mintz.com

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 29, 2014.

                /s/ Michael C. Newman
                Michael C. Newman

**CERTIFICATE OF CONFERENCE**

  I hereby certify that counsel for NextGen complied with the meet and confer requirement outlined in Local Rule CV-7(h) and counsel for the plaintiff indicates they do not oppose this motion.

                /s/ Michael C. Newman
                Michael C. Newman